LEROY SMITH, State Bar No. 107702
County Counsel, County of Ventura
RONDA J. MCKAIG, State Bar No. 216267
Assistant County Counsel
ronda.mckaig@ventura.org
800 South Victoria Avenue, L/C #1830
Ventura, California 93009
Telephone:  (805) 654-5107
Facsimile:   (805) 654-2185

Attorneys for Defendant County of Ventura

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPONA, LLC, a California limited liability company; MICHAEL FOWLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF VENTURA, a California political subdivision of the State of California; and DOES 1-25, inclusive,<br><br>Defendants. | No. CV 2:16-cv-06372-DMG (PLAx)<br><br>DECLARATION OF JENNIFER WELCH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT<br><br>Date:        June 30, 2017<br>Time:       9:30 a.m.<br>Ctrm:       8C<br>Judge:      Hon. Dolly M. Gee<br><br>Am. Compl. Filed: March 31, 2017<br>Trial date:            None set |

I, Jennifer Welch, state as follows:

1. I am a Planning Manager have been employed by defendant County of Ventura ("County") since October 2012. I submit this declaration in support of the County's motion to dismiss the second amended complaint ("SAC") of plaintiffs Michael Fowler and Epona, LLC ("Plaintiffs"). I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I work in the County's Resource Management Agency, Planning Division. As part of my job responsibilities, I am familiar with forms and

1

**DECLARATION OF JENNIFER WELCH IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

correspondence issued by the Planning Division to authorize conditional use permits, as well as Staff Reports describing projects for which permits are requested.

3. I have reviewed Exhibits B through J to the Declaration of Ronda J. McKaig in support of the County's motion to dismiss the SAC ("McKaig Declaration"). I have confirmed that Exhibits B through J to the McKaig Declaration are true and correct copies of documents that are maintained in the Planning Division files in the regular course of business.

4. I have also reviewed Exhibits 1 through 41 to the Declaration of Ronda J. McKaig, previously submitted in support of the County's motion to dismiss Plaintiffs first amended complaint. Exhibits 1 through 41 are also true and correct copies of documents that are maintained in the Planning Division files in the regular course of business.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States and the State of California. Executed this 12th day of May 2017, in Ventura, California.

_____
JENNIFER WELCH

**DECLARATION OF JENNIFER WELCH IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**