**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EPONA, LLC, et al.,** | Case No. CV 16-6372 DMG (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **COUNTY OF VENTURA,** | |
| Defendant. | |

This Court having granted Defendant's motion to dismiss the above-entitled action with prejudice as to the federal claims and without prejudice as to the state law claims,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant County of Ventura and against Plaintiffs Epona, LLC and Michael Fowler, and that this action is dismissed.

DATED: August 9, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE